**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00060-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK PROVENZANO,

    Defendant.

---

**MINUTE ORDER**

---

    On **March 23, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to discuss the **Government Motion To Conduct Trial in Grand Junction** [#14] filed March 15, 2010. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: March 15, 2010