# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00060-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FREDERICK PROVENZANO,

    Defendant.

# MINUTE ORDER[1]

On **May 27, 2010**, commencing at 2:30 p.m., the court shall conduct a status/scheduling conference in this matter.

Dated: May 14, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.