IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00060-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. FREDERICK PROVENZANO,

      Defendant.

---

## MINUTE ORDER[1]

---

      A Notice of Disposition was filed on September 2, 2010. A Joint Change of Plea hearing is set for **September 23, 2010**, at 10:00 a.m., with Criminal Case No. 10-cr-00158-REB-01, *USA v. Parks*. **Counsel for the parties shall deliver or e-mail a courtesy copy of all change of plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCrR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

      **IT IS FURTHER ORDERED** as follows:

      1. That the telephonic setting conference set for September 7, 2010, is **VACATED**;

      2. That the Trial Preparation Conference set for January 7, 2011, is **VACATED**; and

      3. That the jury trial set to commence January 10, 2011, is **VACATED**.

      Dated: September 2, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.