**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:              October 7, 2010

Deputy Clerk:      Nel Steffens
Court Reporter     Tracy Weir

**Criminal Action No.  10-cr-00060-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,                     Mark Barrett

     Plaintiff,

v.

1.  FREDERICK PROVENZANO,                     David Miller

     Defendant.

**CHANGE OF PLEA MINUTES**

**2:36 p.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is thirty-five years old, alert, competent, literate, and sober.

Defendant waives formal reading of the Indictment.

1

Defendant confirms Court's understanding of the terms of the plea agreement.

Defendant confirms that he has read and understands the written plea agreement; that he has reviewed the written plea agreement carefully and thoroughly with his attorney; that he has no questions or concerns about the written plea agreement; and that he has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing pleas of not guilty to the offenses made the subject of the plea agreement.

Defendant waives re-arraignment on Counts 1, 2, 6, 9, and 15 of the Indictment.

Defendant enters pleas of guilty to Counts 1, 2, 6, 9, and 15 of the Indictment pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

**IT IS ORDERED** as follows**:**

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That the formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the pleas of guilty to Counts 1, 2, 6, 9, and 15 of the Indictment entered by the defendant are received, accepted and approved;

4. That defendant is found guilty of the crimes charged in Counts 1, 2, 6, 9, and 15 of the Indictment;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the presentence investigation;

7. That the matter is continued to **February 25, 2011, at 10:00 a.m.**, for sentencing, at which counsel and the defendant shall appear without

further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

8. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot, including, but not limited to, documents #54, #55, #56, #57, and #58;

9. That any trial is vacated (as to the defendant); and

10. That defendant is released on bond, which is continued to the sentencing hearing.

**3:32 p.m.    Court in recess.**

Total time in court:   00:56

Hearing concluded.